447 A.2d 642

Commonwealth v. Peoples, Appellant.

Argued March 8, 1982. John Joseph Szajna, submitted a brief on behalf of appellant; Lee Ruslander, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and CIRILLO, JJ.

Judgment of sentence affirmed.

447 A.2d 643

Commonwealth v. Rodriquez, Appellant.

Submitted February 2, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Order affirmed.